UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60553-WPD

ROBERT MULLIGAN, individually,

    Plaintiff,

vs.

NATIONSTAR MORTGAGE, LLC, a Foreign
Limited Liability Company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ROBERT MULLIGAN (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, NATIONSTAR MORTGAGE, LLC, (hereinafter referred to as "The Party") are in the process finalizing the Settlement of this matter and request that the Court stay all matters and pending deadlines in this Action. The Party request twenty (20) days to to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

    Respectfully submitted,

    **The Advocacy Group**
    333 Las Olas Way, CU3 Suite 311
    Fort Lauderdale, FL 33301
    Telephone: (954) 282-1858
    Email: service@advocacypa.com

    _/s/ Jessica L. Kerr_____
    Jessica L. Kerr, Esq.
    Florida Bar No. 92810

## CERTIFICATE OF SERVICE

I certify that on December 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        */s/ Jessica L. Kerr*
                                        Jessica L. Kerr, Esq.
                                        Florida Bar No. 92810