UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60553-DIMITROULEAS/SNOW

ROBERT MULLIGAN, individually,
    Plaintiff,

-vs-

NATIONSTAR MORTGAGE, LLC, a
Foreign Limited Liability Company,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Final Order of Dismissal with Prejudice [DE 34] (the "Joint Stipulation"), filed herein on January 16, 2018. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 34] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of January, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
All counsel of record